Catherine Stone Curtis, pro hac vice
**MCGINNIS LOCHRIDGE LLP**
State Bar No. 24074100
P.O. Box 720788
McAllen, Texas 78504
956.489.5958
ccurtis@mcginnislaw.com

Attorney for Ag Credit, Agricultural Credit Association, a/k/a Ag Credit, ACA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-42469-mxm11 |
| BELA FLOR NURSERIES, INC., *et al.*, | § | CHAPTER 11 |
| *Debtors.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears for Ag Credit, Agricultural Credit Association, a/k/a Ag Credit, ACA, a party in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Ag Credit, Agricultural Credit Association, a/k/a Ag Credit, ACA to accept service of process on behalf of Ag Credit, Agricultural Credit Association, a/k/a Ag Credit, ACA.

By: */s/ Catherine S. Curtis*
Catherine Stone Curtis, pro hac vice

**MCGINNIS LOCHRIDGE LLP**
CATHERINE STONE CURTIS
STATE BAR NO. 24074100
P.O. BOX 720788
MCALLEN, TEXAS 78504
956.489.5958
CCURTIS@MCGINNISLAW.COM

ATTORNEYS FOR AG CREDIT,
AGRICULTURAL CREDIT ASSOCIATION,
A/K/A AG CREDIT, ACA

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance has been served via email using the Court's ECF system upon the appropriate parties listed for electronic service this 1st day of September 2023.

*/s/ Catherine S. Curtis*
Catherine Curtis