

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 20, 2024**

*/s/ Mark X. Mullin*
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

---------------------------------------------------------------x
In re:                                          §   Case No. 23-42469-mxm11
                                                §
BELA FLOR NURSERIES, INC., *et al.* [1],        §   Chapter 11
                                                §
        Debtors.           §   (Jointly Administered)
---------------------------------------------------------------x

### ORDER DENYING
### DEBTORS' SECOND EMERGENCY MOTION UNDER BANKRUPTCY CODE
### § 1121(d) FOR EXTENSION OF DEBTORS' EXCLUSIVITY PERIOD

The Court has considered the Debtors' *Second Emergency Motion Under Bankruptcy Code § 1121(d) for Extension of Debtors' Exclusivity Period* (the "Motion")[2] (Dkt. No. 359), filed by Bela Flor Nurseries, Inc. ("Bela Flor"), CHIC Holdings, LLC ("CHIC"), MFAF Holdings, LLC ("MFAF"), and SMB Holdings, Inc. ("SMB"), as debtors and debtors-in-possession (collectively, the "Debtors"), and the Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bela Flor Nurseries, Inc. (9030), CHIC Holdings, LLC (8235), MFAF Holdings, Inc. (3033), and SMB Holdings, LLC (8149). The Debtors' mailing address is 7494 State Highway 42 S, Henderson TX 75654.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

HB: 4887-7484-1762.2

therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc*, Miscellaneous Rule No. 33 (N.D. Tex. Aug. 3, 1984), and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

### END OF ORDER ###

Submitted By:

Buffey E. Klein
State Bar No. 24032515
Buffey.Klein@huschblackwell.com
HUSCH BLACKWELL LLP
19000 N Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100; fax (214) 999-6170

Lauren Hayes
Texas Bar No. 24081961
Lauren.Hayes@huschblackwell.com
Amber Fly
State Bar No. 24101761
Amber.Fly@huschblackwell.com
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5458; fax (512) 479-1101

*Attorneys for the Debtors and Debtors-in-Possession*

HB: 4887-7484-1762.2